Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Robert A. Zink (*pro hac vice*)
Avi Perry (*pro hac vice*)
Kurt Wolfe (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
robertzink@quinnemanuel.com
aviperry@quinnemanuel.com
kurtwolfe@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi,<br><br>*Defendants*. | Case No.: 3:23-cv-11808<br><br>**NOTICE OF MOTION**<br><br>**(ORAL ARGUMENT REQUESTED)** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendants' Motion for Sanctions, dated March 7, 2024, the Declaration of Dakota Speas, dated March 7, 2024, and the exhibits thereto, along with all prior pleadings and proceedings herein, Defendants Traders Global Group Inc. (d/b/a "My Forex Funds"), Traders Global Group Inc., and Murtuza Kazmi will move this Court before the Honorable Zahid N. Quraishi, at the Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street, Trenton, NJ 08608, at such date and time set by the Court, for (i) an order imposing sanctions on the CFTC, or alternatively an order to show cause why sanctions should not be imposed on the CFTC; and (ii) such other and further relief the Court deems just and equitable.[1]

**PLEASE TAKE FURTHER NOTICE** that a form of Order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

---

[1] Defendants served the Notice of Motion on plaintiffs on February 15, 2024—21 days before they filed the motion.

Dated: New York, New York
   March 7, 2024

By */s/ Anthony J. Staltari*
Anthony J. Staltari (Attorney ID. No. 233022017)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (415) 875-6600
anthonystaltari@quinnemanuel.com

Robert A. Zink (*pro hac vice*)
Avi Perry (*pro hac vice*)
Kurt Wolfe (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
robertzink@quinnemanuel.com
aviperry@quinnemanuel.com
kurtwolfe@quinnemanuel.com

Dakota Speas (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
dakotaspeas@quinnemanuel.com

*Attorneys for Defendants*