# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Commodity Futures Trading Commission, <br><br> *Plaintiff*, <br><br> v. <br><br> Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, <br><br> *Defendants*. | Civil Action No.: 3:23-cv-11808 <br><br> **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SANCTIONS** |

**THIS MATTER** comes before the Court upon a Motion for Sanctions filed by Defendants Traders Global Group Inc. (New Jersey), Traders Global Group Inc. (Canada) (together "My Forex Funds" or "MFF"), and Murtuza Kazmi. For the reasons set forth in Defendants' Motion,

**IT IS** on this [x] day of March 2024,

**ORDERED** that the Motion is hereby **GRANTED** as follows:

- The Court hereby sanctions the Commodity Futures Trading Commission in the form of [INSERT].

_____                          _____
Date                                             Hon. Zahid N. Quraishi

1