UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master by way of the Motion filed by Anthony Sodono, III, former Temporary Receiver ("Temporary Receiver") for Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi, to (1) Approve and Authorize Payment of Final Fees and Expenses to: (i) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver ("MS&B") and (ii) Eisner Advisory Group, LLC ("Eisner"), Accountants to Temporary Receiver, and (2) Authorize Temporary Receiver to Turnover the Balance of Funds Held By Temporary Receiver To Defendants After Payment of Final Fees and Expenses (the "Motion") (ECF No. 166.); and no opposition having been filed; and for good cause shown;

**IT IS** on this 29th day of March, 2024,

**ORDERED** that the Temporary Receiver's Motion is **GRANTED**; and it is further

**ORDERED** that final compensation and expenses are allowed as follows:

    1.    To MS&B, the sum of $11,868.80 for compensation for services rendered during the final fee period and the sum of $49.93 for reimbursement of expenses

incurred during the final fee period, for a total award of $11,918.73 during the final fee period;

2.      To Eisner, the sum of $6,446.00 for compensation for services rendered during the final fee period; and it is further

**ORDERED** that the Temporary Receiver is authorized to disburse funds from the Temporary Receiver's account in payment of the fees and expenses awarded herein to MS&B and Eisner; and it is further

**ORDERED** that the Temporary Receiver shall turnover to Defendants the balance of funds on hand after payment of the above fees and expenses.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　__/s/ *Jose L. Linares*_____

　　　　　　　　　　　　　　　　　　　　Hon. Jose L. Linares, U.S.D.J. (Ret.)