UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>       Plaintiff,<br><br>v.<br><br>Traders Global Group, Inc., a New Jersey corporation d/b/a "My Forex Funds"; Traders Group Global Inc., a Canadian business organization; and Murtuza Kazmi<br><br>       Defendants. | Civil Action No. 1:23-cv-11808<br><br>District Judge Edward S. Kiel<br><br>Mag. Judge Elizabeth A. Pascal |

**[PROPOSED] ORDER SETTING DEADLINES ON DEFENDANTS' RULE 12 MOTION**

Before the Court is the Parties' Joint Stipulation Setting Deadlines on Defendants' Rule 12 Motion.

Having considered the matter, THE COURT FINDS that there is good cause to set the deadlines on Defendants' Rule 12 motion in a manner consistent with the Court's prior order (Dkt. 163). Therefore, the Court GRANTS the parties' joint request.

Accordingly, IT IS SO ORDERED that the deadlines for briefing on Defendant's Rule 12 motion are as follows:

1.     Defendants shall file their motion to dismiss, limited to the arguments in their pre-motion letter, on or before April 12, 2024;

2.     Plaintiff shall file a response to that motion to dismiss on or before May 10, 2024; and

1

3. Defendants shall file a reply, if any, in further support of their motion to dismiss on or before May 17, 2024.

Dated: 4/8/2024

~~Hon. Edward S. Kiel~~ Elizabeth A Pascal, USMJ
~~United States District Judge~~
District of New Jersey