UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master by way of a Letter Request dated April 18, 2024 from counsel for Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants"), for discovery and a date for an evidentiary hearing on Defendants' Motion for Sanctions ("Motion") (ECF 172); and the Special Master having held a status conference on April 29, 2024, and counsel for Plaintiff Commodity Futures Trading Commission ("CFTC") and counsel for Defendants appearing; and for the reasons set forth on the record during the status conference;

**IT IS** on this 30th day of April, 2024,

**ORDERED** that Defendants shall be permitted to serve Requests for Production and ten (10) Interrogatories narrowly tailored to the issues in the Motion upon CFTC by May 2, 2024; if any discovery request refers to a document, Defendants shall provide a full and complete copy of the document with the request; and it is further

**ORDERED** that CFTC shall provide responses to the above discovery requests by May 16, 2024; and it is further

**ORDERED** that an evidentiary hearing on the Motion shall be held before the Special Master on May 21, 2024 at 10 am at McCarter & English, LLP; and it is further

**ORDERED** that Defendants' request that Matthew Edelstein and Ashley Burden, Esq., appear at the evidentiary hearing be and herby is GRANTED; with respect to Defendants' request that Elizabeth Streit, Esq., appear at the evidentiary hearing, the Special Master has reserved on this decision.

**SO ORDERED**.

                                                   __/s/ *Jose L. Linares*_____

                                                   Hon. Jose L. Linares, U.S.D.J. (Ret.)