# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Commodity Futures Trading Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-11808-ESK-EAP |
| Traders Global Group Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date:  05/16/2024

/s/ Margaret Aisenbrey
*Attorney's signature*

Margaret Aisenbrey MO State Bar # 59560
*Printed name and bar number*

Commodity Futures Trading Commission
Office of the General Counsel
2600 Grand Blvd, Suite 210
Kansas City, MO 64108
*Address*

Maisenbrey@CFTC.gov
*E-mail address*

(816) 960-7749
*Telephone number*

(816) 960-7750
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2024, I served the foregoing Notice of Appearance of Margaret Aisenbrey for the Plaintiff, U.S. Commodity Futures Trading Commission, on counsel of record using this Court's CM/ECF system.

                                              /s/ Margaret Aisenbrey