AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Commodity Futures Trading Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-11808-ESK-EAP |
| Traders Global Group Inc., et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date: 05/16/2024

/s/ Raagnee Beri IL ADRC # 6282513
*Attorney's signature*

Raagnee Beri
*Printed name and bar number*

Commodity Futures Trading Commission
Office of the General Counsel
Three Lafayette Center, 1155 21st Street, NW
Washington, DC 20581
*Address*

Rberi@CFTC.gov
*E-mail address*

(202) 418-5986
*Telephone number*

(202) 418-5521
*FAX number*

**Certificate of Service**

I hereby certify that on May 16, 2024, I served the foregoing Notice of Appearance of Raagnee Beri for the Plaintiff, U.S. Commodity Futures Trading Commission, on counsel of record using this Court's CM/ECF system.

*/s/ Raagnee Beri*
Raagnee Beri
