UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 23-11808<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

　　This matter having been brought before the Special Master by way of the parties' joint request via email dated May 14, 2024 for a conference call with respect to Defendants' pending Motion for Sanctions ("Motion") (ECF 172); and Plaintiff Commodity Futures Trading Commission ("CFTC") having filed a letter dated May 16, 2024 with respect to CFTC's response to discovery requests issued by Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants") and the evidentiary hearing scheduled for May 21, 2024; and the Special Master having held a status conference on May 17, 2024; and counsel for all parties appearing; and the Special Master finding that CFTC has raised a number of issues regarding the assertion of all applicable privileges in response to Defendants' discovery requests and with respect to certain testimony at the evidentiary hearing, and that those issues should be fully briefed and joined before the Special Master prior to the evidentiary hearing on the Motion; and for the reasons set forth on the record during the status conference;

**IT IS** on this 17th day of May, 2024,

**ORDERED** that the evidentiary hearing scheduled for May 21, 2024 has been adjourned; and it is further

**ORDERED** that CFTC shall serve its privilege log with respect to communications between CFTC and the Ontario Securities Commission by May 30, 2024; and it is further

**ORDERED** that the parties shall meet and confer within the next two weeks with respect to the scope of Defendants' discovery requests and CFTC's privilege log with respect to internal CFTC communications; if, as result of that meet and confer, there is a dispute regarding scope or the production of CFTC's privilege log by May 30, 2024, the parties shall immediately raise such dispute with the Special Master; and it is further

**ORDERED** that if no dispute is raised with the Special Master as set forth in the above paragraph, CFTC shall produce a privilege log with respect to CFTC internal communications by May 30, 2024; and it is further

**ORDERED** that a status conference shall be held before the Special Master on May 31, 2024 at 3:00 pm.

**SO ORDERED**.

       /s/ *Jose L. Linares*
Hon. Jose L. Linares, U.S.D.J. (Ret.)

ME1 46902296v.1