**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>    Plaintiff,<br><br>    **v.**<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>    Defendants. | **Civil Action No. 23-11808**<br><br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master by way of the parties' joint submission dated May 31, 2024 pursuant to the May 17, 2024 Order of the Special Master with respect to Defendants' pending Motion for Sanctions ("Motion") (ECF 172); and the parties having identified four unresolved disputes as a result of the meet-and-confer previously ordered by the Special Master; and the Special Master finding that two of the discovery disputes raised by the parties require briefing and that the other two disputes relating to the conduct of the evidentiary hearing are not yet ripe for consideration; and the Special Master finding that in order to address all of the disputes in an orderly and efficient manner, the discovery disputes should be joined and determined prior to a consideration of the disputes relating to the evidentiary hearing;

**IT IS** on this 6th day of June, 2024,

**ORDERED** that with respect to the dispute regarding certain Requests for Production ("RFPs"), Defendants shall file a motion to compel on or before June 11, identifying the specific RFPs in dispute, and CFTC shall file a response within 7 days thereafter, with both submissions limited to five pages, plus any relevant exhibits; and it is further

**ORDERED** that with respect to the dispute regarding the date range for document review and production, because the Defendants have indicated that they are willing to continue to meet-and-confer with CFTC regarding appropriate search parameters and appropriate end dates for certain custodians through either February 29, 2024 or May 16, 2024, the parties shall continue to meet-and-confer on this issue through June 10, 2024, at which point if the dispute is still unresolved, Defendants shall file a motion on or before June 11, identifying the custodians and date ranges it maintains is appropriate; and CFTC shall file a response within 7 days thereafter, with both submissions limited to five pages, plus relevant exhibits; and it is further

**ORDERED** that the Special Master shall continue to reserve on the issue of whether the appearance of CFTC attorney Elizabeth Streit will be required at the evidentiary hearing, and both parties reserve the right to request permission to submit additional briefing on this issue after the production of documents and privilege logs with respect to the Motion is complete; and it is further

**ORDERED** that the dispute regarding the scope of testimony at the evidentiary hearing shall be held in abeyance, until after the production of documents and privilege logs with respect to the Motion is complete, at which time the Special Master shall determine whether a briefing schedule is needed; and it is further

**ORDERED** that nothing in this Order shall preclude any party from raising any additional disputes with the Special Master that may arise out of the discovery requests served by Defendants relating to the Motion or the conduct of the evidentiary hearing.

**SO ORDERED**.

    __/s/ *Jose L. Linares*_____

    Hon. Jose L. Linares, U.S.D.J. (Ret.)