# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808 (ESK)(EAP)**<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master by way of a Letter Request to Stay Party Discovery (ECF No. 206) filed by Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants"); and Plaintiff Commodity Futures Trading Commission ("CFTC") having filed a response (ECF No. 209); and the Special Master having held a status conference on July 29, 2024, and counsel for Plaintiff and counsel for Defendants appearing; and for the reasons set forth on the record during the status conference;

**IT IS** on this 30th day of July, 2024,

**ORDERED** that Defendants' request to stay party discovery is **DENIED**.

**SO ORDERED**.

                                                                                                      /s/ *Jose L. Linares*
                                                                                                Hon. Jose L. Linares, U.S.D.J. (Ret.)