**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>                    Plaintiff,<br><br>          **v.**<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>                    Defendants. | **Civil Action No. 23-11808 (ESK)(EAP)**<br><br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

The Special Master having held a status conference with counsel for the parties on July 29, 2024 for purposes of setting a schedule and hearing date with respect to Defendants' Motion for Sanctions (ECF No. 172); and for the reasons set forth on the record during the status conference;

**IT IS** on this 30th day of July, 2024,

**ORDERED** that a pre-hearing conference shall be held via zoom on August 29, 2024 at 10:00 am; and it is further

**ORDERED** that an evidentiary hearing is scheduled on September 19, 2024 and September 20, 2024 commencing at 9:00 am in Newark, N.J., with the specific location of the hearing to be confirmed; and it is further

**ORDERED** that if the Special Master determines that a third day of testimony is necessary, the hearing shall be continued on September 25, 2024 at 2:00 pm in Newark, N.J.

**SO ORDERED**.

      /s/ *Jose L. Linares*_____

Hon. Jose L. Linares, U.S.D.J. (Ret.)

ME1 46902296v.1