# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master for a pre-hearing conference on August 29, 2024 in connection with the pending Motion for Sanctions ("Motion") (ECF 172) filed by Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants"); and counsel for Plaintiff Commodity Futures Trading Commission ("CFTC") and counsel for Defendants appearing; and for the reasons set forth on the record;

**IT IS** on this 30th day of August, 2024,

**ORDERED** that CFTC shall provide an updated privilege log no later than September 2, 2024; and it is further

**ORDERED** that any document any party intends to use during the evidentiary hearing if not already in possession of the other party shall be disclosed and produced to the other party by September 13, 2024; and it is further

**ORDERED** after the final production by CFTC of documents responsive to Defendants' discovery requests with respect to the Motion, which include handwritten notes, no other documents shall be produced absent a showing of good cause; and it is further

**ORDERED** that the evidentiary hearing scheduled on September 19, 2024 and September 20, 2024 shall be conducted at the U.S. District Court, Frank Lautenberg Post Office and U.S. Courthouse, 57 Walnut Street, Newark, N.J. in Courtroom 4; and it is further

**ORDERED** that Defendant shall proceed first during the evidentiary hearing and that with respect to the scope of testimony during the hearing, the Special Master shall not curtail cross-examination of witnesses with respect to other potential alleged misrepresentations not related to the transfer at issue that may impact veracity or credibility determinations; and it is further

**ORDERED** that the parties and counsel shall conduct themselves in such a manner as to ensure compliance with the parameters of the Protective Order (ECF 212) and Confidentiality Order (ECF 191) entered in this matter.

**SO ORDERED**.

    /s/ *Jose L. Linares*
_____

Hon. Jose L. Linares, U.S.D.J. (Ret.)

ME1 46902296v.1