# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.*,<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER EXTENDING DISCOVERY DEADLINES** |

**LINARES, J.**

This matter having been brought before the Special Master by way of a Joint Stipulation (ECF No. 213) filed by Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants") and Plaintiff Commodity Futures Trading Commission ("CFTC") for an Order extending discovery deadlines; and good cause appearing;

**IT IS** on this 30th day of August, 2024,

**ORDERED** that motion(s) to amend or to add parties must be filed within 140 days after the issuance of the District Court ruling on Defendants' Motion to Dismiss (ECF No. 186), including any proceedings under Federal Rule of Civil Procedure 53 (f); and it is further

**ORDERED** that fact discovery must be completed within 280 days after the issuance of the District Court ruling on Defendants' Motion to Dismiss (ECF No. 186), including any proceedings under Federal Rule of Civil Procedure 53 (f); and it is further

**ORDERED** the deadlines set forth in the Parties' Joint Proposed Rule 26(f) Discovery Plan are extended by 140 days from the District Court ruling on Defendants' Motion to Dismiss

(ECF No. 186), including any proceedings under Federal Rule of Civil Procedure 53 (f), and are revised to reflect as follows:

| Item | Deadline |
| --- | --- |
| Motions to amend or to add parties to be filed by | 140 days from the District Court ruling on Defendants' Motion to Dismiss |
| Factual discovery to be completed by | 280 days from the District Court ruling on Defendants' Motion to Dismiss[1] |
| Plaintiff's expert report(s) due on | Thirty days after the completion of fact discovery |
| Defendants' expert report(s) due on | Thirty days after Plaintiff's expert report(s) is/are served |
| Rebuttal expert report(s) due on | Thirty days after Defendants' expert report(s) is/are served |
| Expert depositions to be completed by | Thirty days after rebuttal report(s) is/are served |
| Dispositive motions to be served within the following number of days following completion of expert discovery | Sixty |

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ *Jose L. Linares*

　　　　　　　　　　　　　　　　Hon. Jose L. Linares, U.S.D.J. (Ret.)

---

[1] The maximum number of interrogatories to be served or depositions to be taken shall be provided in the Federal Rules of Civil Procedure, subject to the parties' agreement, or right to seek permission from the Court, to serve additional interrogatories or take additional depositions.