UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master for a status conference on November 15, 2024 in connection with the pending Motion for Sanctions ("Motion") (ECF 172) filed by Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants"); and counsel for Plaintiff Commodity Futures Trading Commission ("CFTC") and counsel for Defendants appearing; and for the reasons set forth on the record;

**IT IS** on this 21st day of November, 2024,

**ORDERED** that the parties shall file their respective post-hearing submissions on December 6, 2024, and each submission shall be limited to fifty (50) pages, inclusive of proposed findings of fact and conclusions of law; and it is further

**ORDERED** that closing arguments shall be conducted on December 18, 2024 at 10 am in Newark, N.J., specific location to be confirmed, with each party limited to ninety (90) minutes.

**SO ORDERED.**

                                                                             /s/ *Jose L. Linares*

                                                           Hon. Jose L. Linares, U.S.D.J. (Ret.)