UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br>   v.<br><br>TRADERS GLOBAL GROUP INC., A NEW JERSEY CORPORATION, D/B/A "MY FOREX FUNDS"; TRADERS GLOBAL GROUP INC., A CANADIAN BUSINESS ORGANIZATION; AND MURTUZA KAZMI<br><br>        Defendants. | Case No. 1:23-cv-11808-ESK-EAP<br><br>**CONSENT ORDER SETTING PAGE LIMITS FOR POST-HEARING BRIEFING** |

**THIS MATTER** having been brought before the Court by way of consent of Plaintiff Commodity Futures Trading Commission ("CFTC") and Defendants Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi ("Defendants"), by and through their respective counsel, seeking entry of an Order modifying the November 21, 2024 Order of the Special Master;

**WHEREAS** the parties have met and conferred and have agreed upon a modification of the November 21, 2024 Order of the Special Master to allow Defendants' post-hearing submission to be increased to a maximum of sixty (60) pages, inclusive of proposed findings of fact and conclusions of law;

**WHEREAS** the CFTC is not seeking an increase;

**WHEREAS** good cause exists for entry of the agreed-upon modification set forth herein;

**IT IS** on this 6th day of December, 2024, hereby

**ORDERED** that the parties shall file their respective post-hearing submissions on December 6, 2024, and Defendants' submission may be up to sixty (60) pages, inclusive of proposed findings of fact and conclusions of law.

__/s/Jose. L. Linares. U.S.D.J. (Ret)_____

Hon. Jose L. Linares, U.S.D.J. (Ret.)

**CONSENTED AND AGREED TO:**

Dated: December 5, 2024

/s/ *Craig Carpenito*
Craig Carpenito
Thomas J. Scrivo
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-260
Tel: (212) 556-2179
Fax: (212) 556-2222
ccarpenito@kslaw.com
tscrivo@kslaw.com
*Counsel for Defendants*

/s/ *Anthony J. Staltari*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
anthonystaltari@quinnemanuel.com
*Counsel for Defendants*

***-and-***

/s/ *Elizabeth N. Pendleton*

Elizabeth N. Pendleton
**COMMODITY FUTURES TRADING COMMISSION**
77 W. Jackson Blvd., Suite 800
Chicago, Illinois 60604
Tel: (312) 596-0700
Fax: (312) 596-0714
ependleton@cftc.gov
*Counsel for Plaintiff*