UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER OF SPECIAL MASTER SEALING TRANSCRIPTS** |

**LINARES, J.**

This matter having been brought before the Special Master in connection with the pending Motion for Sanctions ("Motion") (ECF 172) filed by Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants"); and the Special Master having conducted an evidentiary hearing on September 19, 2024 and September 20, 2024 and closing arguments on December 18, 2024; and the Special Master having entered an Order on the record during the December 18, 2024 hearing temporarily sealing the transcripts of the evidentiary hearings, all materials used as exhibits during the evidentiary hearings, and the transcript of the closing arguments; and Plaintiff Commodity Futures Trading Commission ("CFTC") having requested an extension of time to identify any portions of the transcripts and/or documents that it requests to be redacted or sealed; and Defendants having no objection to this request; and for good cause shown;

**IT IS** on this 20th day of January, 2025,

**ORDERED** that the transcripts of the evidentiary hearings on September 19, 2024 and September 20, 2024, all materials used as exhibits during the evidentiary hearings, and the

transcript of the closing arguments on December 18, 2024 shall remain temporarily under seal until further order of the Special Master; and it is

**FURTHER ORDERED** that the time within which CFTC shall file a motion identifying any portions of the transcripts and/or documents that it requests to be redacted or permanently sealed is extended to January 31, 2025.

**SO ORDERED**.

                                           /s/ *Jose L. Linares*

                                           Hon. Jose L. Linares, U.S.D.J. (Ret.)

ME1 46902296v.1