# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Commodity Futures Trading Commission,<br>　　　　　　Plaintiff,<br>　　v.<br>Traders Global Group, Inc., a New Jersey corporation d/b/a "My Forex Funds"; Traders Global Group Inc., a Canadian business organization; and Murtuza Kazmi<br>　　　　　　Defendants. | Civil Action No. 3:23-cv-11808<br><br>District Judge Edward S. Kiel<br><br>Mag. Judge Elizabeth A. Pascal |

## [*PROPOSED*] ORDER REDACTING AND SEALING PORTIONS OF TRANSCRIPT AND CERTAIN EXHIBITS IN CONNECTION WITH EVIDENTIARY HEARING

Before the Court is plaintiff Commodity Futures Trading Commission's motion requesting an order, pursuant to Local Rule 5.3 and the protective order entered in this case (ECF No. 212), permanently sealing materials introduced as exhibits in the evidentiary hearing held before the Special Master, the Hon. Jose L. Linares, on September 19 and September 20, 2024 and designated as "Confidential–Rule 11 Only" pursuant to the protective order entered in this case (ECF No. 212); and redacting and permanently sealing all portions of the transcript of the evidentiary hearing and closing arguments on December 18, 2024 that refer to, summarize or quote such material or the related mental impressions or privileged communications.

Having reviewed the motion, and considering that no party opposes the motion, the Court hereby finds that the exhibits P-1, P-2, P-3, P-4, P-5, P-6, P-7, P-8, P-9, P-10, P-11, P-12, and P-15, and exhibits D-1, D-4, D-5, D-6, D-10, D-15, D-21, D-24, D-

27, D-28, D-29, D-30, D-32, D-34, D-35, D-43 and D-43A, and the portions of the evidentiary hearing transcript and closing arguments that refer to, summarize or quote such material or the related mental impressions of CFTC staff, internal CFTC communications, and/or verbal communications with the Ontario Securities Commission on the same limited subjects as the Confidential-Rule 11 Only material are privileged CFTC communications properly designated as Confidential-Rule 11 Only materials and required to be filed under seal pursuant to the protective order entered in this case (ECF No. 212 at ¶¶ 5-6).

The Court holds (i) legitimate private and public interests warrant the relief sought, (ii) a clearly defined and serious injury would result if the relief is not granted, including the publication of the CFTC's privileged internal communications, (iii) a less restrictive alternative to the relief sought is not available, and (iv) no party or known nonparty objects to this request.

Accordingly:

**IT IS ON THIS** \_\_\_\_ day of _____, 2025

**ORDERED** that plaintiff's motion is **GRANTED** and pursuant to Local Rule 5.3 and the protective order (ECF No. 212), the Confidential-Rule 11 Only materials and related testimony are hereby redacted and permanently sealed.

_____