UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 23-11808**<br><br>**ORDER OF SPECIAL MASTER** |

**LINARES, J.**

This matter having been brought before the Special Master for an off the record status conference on March 7, 2025; and counsel for Plaintiff Commodity Futures Trading Commission ("CFTC" or "Commission") and counsel for Defendants Traders Global Group Inc., a New Jersey corporation, d/b/a "My Forex Funds," Traders Global Group Inc., a Canadian business organization, and Murtuza Kazmi ("Defendants") appearing; the Special Master hereby finds and orders as follows:

On February 6, 2025, the Special Master entered an Order holding the determination of Defendants' Motion for Sanctions ("Motion") (ECF No. 172) in abeyance pending a report from CFTC counsel regarding a proposed recommendation by CFTC counsel to the Commission recommending the amicable resolution of this matter;

At the March 7, 2025 Status Conference, counsel for CFTC reported to the Special Master that counsel has not been given the necessary authority from the Commission approving a settlement between the parties and thus can no longer move forward with the contemplated settlement;

Counsel for CFTC and counsel for Defendants have asked that the Special Master move forward with issuing the Report and Recommendation on Defendants' Sanctions Motion;

Counsel for Defendants raised an issue pertaining to union grievance materials which they believe are discoverable and relevant to credibility issues affecting the Sanctions Motion;

Therefore, for good cause shown;

**IT IS** on this 7th day of March, 2025,

**ORDERED** that the parties shall meet and confer regarding discovery of the union grievance materials and, if this issue is not resolved, counsel for Defendants shall submit a letter, limited to 3 pages, to the Special Master by March 10, 2025 and CFTC shall submit a letter in response, limited to 3 pages, by March 12, 2025.  Thereafter, upon consideration of the parties' submissions, the Special Master will proceed with either considering the additional discovery ordered or agreed upon and then issuing the Report and Recommendation or proceed with the issuance of the Report and Recommendation without considering the additional materials if the discovery is not ordered or agreed upon.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ *Jose L. Linares*_____

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jose L. Linares, U.S.D.J. (Ret.)