[ECF No. 249]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>                Plaintiff,<br>v.<br><br>Traders Global Group, Inc., a New Jersey corporation d/b/a "My Forex Funds"; Traders Group Global Inc., a Canadian business organization; and Murtuza Kazmi<br>                Defendants. | Civil Action No. 3:23-cv-11808<br><br>District Judge Edward S. Kiel<br><br>Mag. Judge Elizabeth A. Pascal |

## MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Commodity Futures Trading Commission respectfully requests the Clerk of the Court withdraw the appearances of the below-named counsel and refrain from further sending notices of filings on the Court's CM/ECF system to those counsel. Specifically, the Plaintiff requests the Clerk withdraw appearances of the following counsel from the Docket:

    Ashley John Burden
    Brian Reese Young
    Candice Haan
    Douglas Snodgrass
    Elizabeth M. Streit
    Elizabeth N. Pendleton

*Granted. The Clerk shall update the docket to reflect the substitutions.*

SO ORDERED this 5th day of May, 2025

Elizabeth A. Pascal, U.S.M.J

The Plaintiff CFTC will be represented in this matter by the Office of the General Counsel, through its attorneys Margaret Aisenbrey and Raagnee Beri.

Dated: May 2, 2025                                    Respectfully submitted,

                                                      */s/ Margaret P Aisenbrey*

                                                     Margaret P. Aisenbrey
                                                      *Senior Assistant General Counsel*
                                                     Raagnee Beri
                                                     Commodity Futures Trading Commission
                                                     1155 21st Street, NW
                                                     Washington, D.C. 20581-0001
                                                     Phone: (816) 960-7749
                                                     Emails: maisenbrey@cftc.gov