# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br>　　　　　Plaintiff,<br>　　v.<br>Traders Global Group, Inc., a New Jersey corporation d/b/a "My Forex Funds"; Traders Group Global Inc., a Canadian business organization; and Murtuza Kazmi<br>　　　　　Defendants. | Civil Action No. 3:23-cv-11808<br><br>District Judge Edward S. Kiel<br><br>Mag. Judge Elizabeth A. Pascal |

## NOTICE OF DISCLOSURE OF INFORMATION IN SEALED REPORT AND RECOMMENDATION

Plaintiff Commodity Futures Trading Commission respectfully notifies this Court that on May 5, 2025, it became aware that information contained within the Special Master's Sealed Report and Recommendation (Dkt. No. 247) has been shared with a member of the press.  We have no further information on the matter at this time.  The CFTC will promptly file, as it deems appropriate, a motion to unseal, seal, or redact portions of the Report and Recommendation pursuant to Local Rule 5.3(c).

Dated: May 5, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Margaret P. Aisenbrey*

1

Margaret P. Aisenbrey
  *Senior Assistant General Counsel*
Raagnee Beri
  *Senior Assistant General Counsel*
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, D.C. 20581-0001
Phone: (816) 960-7749
Emails: maisenbrey@cftc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of New Jersey using the CM/ECF system.

 /s/ Margaret P. Aisenbrey