# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**TRADERS GLOBAL GROUP INC.,** *et al.*,<br><br>　　Defendants. | Case No. 23–cv–11808–ESK–EAP<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on defendants' motion for sanctions (Sanction Motion) (ECF No. 172) and motion to dismiss (Dismissal Motion) (ECF No. 186); and the Sanction Motion and Dismissal Motion having been referred to the Honorable Jose L. Linares, U.S.D.J. (ret.) as Special Master for Report and Recommendation (R&R) (ECF Nos. 174, 189); and the Special Master having issued an R&R on April 30, 2025, recommending that the Sanction Motion be granted, the complaint be dismissed with prejudice, and the Dismissal Motion be denied as moot (ECF No. 247); and the parties having advised that they will not file any objection to the R&R (ECF No. 252); and for the reasons stated in the R&R,

**IT IS** on this   **13th** day of **May 2025**   **ORDERED** that:

　　1.　The R&R is **adopted**.   (ECF No. 247.)   The Sanction Motion (ECF No. 172) is **GRANTED** and the complaint is **dismissed with prejudice.**   The Dismissal Motion (ECF No. 186) is **DENIED as moot.**

　　2.　Defendants shall submit an affidavit of fees and costs attributable to the Sanction Motion in accordance with the briefing schedule at ECF No. 255.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**