## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>     Plaintiff,<br>  v.<br><br>Traders Global Group, Inc., a New Jersey corporation d/b/a "My Forex Funds"; Traders Group Global Inc., a Canadian business organization; and Murtuza Kazmi<br>     Defendants. | Civil Action No. 1:23-cv-11808<br><br>District Judge Edward S. Kiel<br><br>Mag. Judge Elizabeth A. Pascal<br><br>Special Master Jose J. Linares |

### RESPONSE TO DECLARATION REGARDING DEFENDANTS' FEES AND COSTS

Plaintiff Commodity Futures Trading Commission respectfully notifies this Court that it does not object to the fees and costs detailed in the Declaration of Robert A. Zink Re Defendants' Fees and Costs Attributable to the Prosecution of Motion for Sanctions [Dkt 262].

Dated: May 20, 2025

                Respectfully submitted,

                */s/ Margaret P. Aisenbrey*
                 Raagnee Beri
                  *Senior Assistant General Counsel*
                 Margaret P. Aisenbrey
                  *Senior Assistant General Counsel*
                 Commodity Futures Trading Commission
                 1155 21st Street, NW
                 Washington, D.C. 20581-0001
                 Phone: (816) 960-7749
                 Email: maisenbrey@cftc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of New Jersey using the CM/ECF system.

    /s/ Margaret P. Aisenbrey