UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>                 Plaintiff,<br>v.<br><br>Traders Global Group, Inc., a New Jersey corporation d/b/a "My Forex Funds"; Traders Group Global Inc., a Canadian business organization; and Murtuza Kazmi<br>                 Defendants. | Civil Action No. 1:23-cv-11808<br><br>District Judge Edward S. Kiel<br><br>Mag. Judge Elizabeth A. Pascal<br><br>Special Master Jose J. Linares |

**NOTICE AND RESPONSE TO SUPPLEMENTAL DECLARATION, AS AMENDED, REGARDING DEFENDANTS' FEES AND COSTS**

Plaintiff Commodity Futures Trading Commission respectfully notifies this Court that it does not object to the fees and costs detailed in the Supplemental Declaration of Robert A. Zink Re Defendants' Fees and Costs Attributable to the Prosecution of Motion for Sanctions, as amended on May 29, 2025. [Dkts 265, 267].

Dated: May 30, 2025

Respectfully submitted,
/s/ Margaret P. Aisenbrey
  Raagnee Beri
    *Senior Assistant General Counsel*
  Margaret P. Aisenbrey
    *Senior Assistant General Counsel*
  Commodity Futures Trading Commission
  1155 21st Street, NW
  Washington, D.C. 20581-0001
  Phone: (816) 960-7749
  Email: maisenbrey@cftc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of New Jersey using the CM/ECF system.

 /s/ Margaret P. Aisenbrey